IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSICA FOWLER, | ) |
| *Plaintiff*, | ) |
| vs. | ) CASE NO.: 3:18-CV-00082 |
| | ) District Judge Campbell |
| CALEB SHANE HOPKINS and | ) Magistrate Judge Newbern |
| MOORE COUNTY, TN | ) |
| | ) JURY DEMANDED |
| *Defendants*. | ) |

## UNOPPOSED MOTION TO AMEND MOTION TO DISMISS

Counsel for Moore County, Tennessee and Ms. Fowler recently discovered that Tenn. Code Ann. § 8-8-302 has been amended to include "jailers" in the definition of "deputies." This amendment was not addressed in Moore County's Motion to Dismiss the Amended Complaint and both parties agree that it would benefit the Court if the effect of the recent amendment on these proceedings was addressed in Moore County's Motion to Dismiss before Ms. Fowler is required to respond. Ms. Fowler does not oppose this course of action.

WHEREFORE, Moore County, Tennessee respectfully requests that it be allowed to amend its Motion to Dismiss (Doc. Nos. 23 and 24) within 7 days of the Court granting this Motion and that Ms. Fowler be allowed an additional 14 days after the filing of the Amended Motion to Dismiss before she is required to file a response.

Respectfully Submitted By,

**THE ORTALE KELLEY FIRM**

/s/ Michael T. Schmitt
Michael T. Schmitt, BPR #026573
*Attorney for Defendants*
330 Commerce Street, Suite 110
Nashville, TN 37201
mschmitt@ortalekelley.com
615-256-9999
615-726-1494 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 6, 2018 a true and exact copy of this Motion has been served via electronic mail through the Court's CM/ECF system upon the following:

David J. Weissman
Benjamin K. Raybin
RAYBIN & WEISSMAN, P.C.
424 Church Street, Suite 2120
Nashville, Tennessee 37219

Mark Stewart
*Attorney for Defendant,*
*Caleb Shane Hopkins*
300 South College Street
Winchester, TN 37398

/s/ Michael T. Schmitt
Michael T. Schmitt