IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSICA FOWLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:18-cv-00082 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| CALEB SHANE HOPKINS ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have submitted a Stipulation of Dismissal (Doc. No. 39). The stipulation states that the parties have agreed to a dismissal of Plaintiff's claims against Defendant Caleb Shane Hopkins. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this action without any action on the part of the Court. Since this Stipulation states that the dismissal is with prejudice, the dismissal is indeed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice effective as of the time of the filing of the Stipulation, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE